UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TINIKA SE'CAL WARREN,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA L. LEE; MGM GRAND CASINO; SEAN PAUL aka SEAN P. EAST; LIL JOHN; EASTSIDE BOYS,<br><br>Defendants. | Case No. 2:25-cv-01639-MMD-EJY<br><br>**ORDER** |

The address provided by Plaintiff to the Court has been returned twice by the U.S. Postal Service and undeliverable. ECF Nos. 4, 5. Therefore, Plaintiff failed to provide an address at which she may be contacted as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.

Accordingly, IT IS HEREBY ORDERED that no later than **September 30, 2025** Plaintiff must file an updated address with the Court. Failure to comply with this Order may result in dismissal of this case in its entirety.

DATED this 15th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE