UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TINIKA SE'CAL WARREN,<br><br>                                    Plaintiff,<br>     v.<br>DEBRA L. LEE, *et al.*,<br><br>                                    Defendants. | Case No. 2:25-cv-01639-MMD-EJY<br><br>ORDER |

      Before the Court is United States Magistrate Judge Elayna J. Youchah's amended Report and Recommendation (ECF No. 9 ("R&R")) *sua sponte* screening Plaintiff's complaint (ECF No. 1-1 ("Complaint")). In the R&R, Judge Youchah recommends that Plaintiff's Complaint be dismissed with prejudice. Plaintiff had until October 20, 2025 to file an objection. Plaintiff filed two objections. (ECF Nos. 11, 13 ("Objections").) As further explained below, the Court overrules the Objections and adopts the R&R in full.

      In her R&R, Judge Youchah recommends dismissing the Complaint because it is "a series of allegations regarding events that simply make no sense, fails to identify a cogent cause of action, and are unconnected to Las Vegas." (ECF No. 9 at 1.) The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's Report and Recommendation, the Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." *Id.*

      In light of Plaintiff's Objections, the Court has engaged in de novo review to determine whether to adopt Judge Youchah's recommendation. Upon reviewing the recommendation, Complaint, and Objections, the Court agrees with Judge Youchah and will adopt Judge Youchah's recommendation in full.

1  It is therefore ordered that the amended Report and Recommendation (ECF No. 9) is accepted.

It is further ordered that Plaintiff's Complaint is dismissed with prejudice.

The Clerk of the Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 28th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE